IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEJUAN JENKINS, Y43195,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-1488-DWD |
| | ) |
| **ANTHONY WILLS,** | ) |
| **C/O REAVES,** | ) |
| **C/O PEDRO,** | ) |
| **C/O ROBERTS,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Plaintiffs Kejuan Jenkins an inmate of the Illinois Department of Corrections (IDOC) currently incarcerated at Menard Correctional Center (Menard), bring this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights at Menard Correctional Center (Menard). (Doc. 1). On October 8, 2024, the Court held a hearing on Plaintiff's motions for emergency relief (Docs. 17, 18, 39, 43, 48). At the hearing and in the subsequent written order, the Court directed the Defendants to keep the Court apprised of the work status of Defendant Reid, particularly if Reid was to be assigned to Plaintiff's housing unit, or if Plaintiff was relocated to a housing unit where Reid worked. (Doc. 52). Plaintiff has now filed a new Motion for Emergency Relief (Doc. 53) that contains additional concerning allegations about his safety at Menard.

Specifically, Plaintiff alleges that on October 10, 2024, just two days after the Court's hearing, Defendant Roberts and two fellow officers handcuffed Plaintiff,

cornered him in his cell and physically assaulted him. (Doc. 53 at 1). Roberts and the fellow assailants openly discussed Plaintiff's litigation of this matter and remarked that they should not cause Plaintiff any visible trauma so as to avoid ending up like Defendant Reid. The assailants threatened Plaintiff about his continued pursuit of this case, including a threat that they would kill him if he did not drop the lawsuit. Later the same day, Defendant Roberts was helping pass out meal trays on Plaintiff's gallery. He gave Plaintiff's cellmate a tray but threw Plaintiff's tray on the floor. Plaintiff alleges Menard has not taken regular or emergency grievances seriously, and he fears the grievance process will be too slow to offer him any protection from the threats he faces. (Doc. 53 at 2).

As the Court already emphasized in earlier written comments on Plaintiff's previous emergency motions, and as it emphasized at the hearing on those motions, Plaintiff's physical safety is of the upmost importance and harassment by staff about litigation will not be tolerated. Of note with Plaintiff's latest motion, it is consistent with earlier allegations concerning Defendant Roberts' interference with Plaintiff's access to meals. Plaintiff's allegation that Roberts and the others did not want to "be like Defendant Reid" also stood out because Plaintiff alleged in prior motions and at the hearing that he believed Reid had been placed on administrative leave for coordinating or participating in an assault on an inmate. Both topics, but especially the physical assault, are important. Mindful that injunctive relief must always be narrowly drawn, and that daily matters should be left to prison administrators, the Court directed extremely limited relief in relation to the earlier motions. However, considering

Plaintiff's new allegations, more extensive action may be necessary because it is not apparent that the defendants or prison administration are taking this matter seriously.

The Court will set this matter for an evidentiary hearing as soon as possible. The Defendants are directed to prepare a written response to Plaintiff's latest allegations (Doc. 53) within 7 days. Additionally, they are directed to be prepared to present evidence at the upcoming hearing about the daily work status of Defendants Reid and Roberts, and their whereabouts on October 10, 2024.

## Disposition

**IT IS HEREBY ORDERED THAT** the Defendants shall file a written response to Plaintiff's Motion (Doc. 53) within 7 days, and that they shall be prepared to present evidence about the work assignments of Reid and Roberts at the upcoming hearing.

**IT IS SO ORDERED.**

Dated: October 17, 2024

_____
DAVID W. DUGAN
United States District Judge