IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEJUAN JENKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 24-cv-1488-DWD |
| **STEVEN REID,** | ) |
| **TYLER PEDROLEY,** | ) |
| **DALTON ROBERT,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On August 20, 2025, the Court denied the defendants Motion for Summary Judgment on the Issue of Exhaustion (Doc. 80) and it invited the Defendants to seek a *Pavey* hearing if they wished to further pursue the issue. (Doc. 88). On September 3, 2025, the Defendants' filed a Motion (Doc. 89) seeking a *Pavey* hearing. Plaintiff is no longer incarcerated, but he previously updated his mailing address with the Court, so the Court issued an order on September 16, 2025, directing Plaintiff to provide an email address so that it could supply a link for the *Pavey* hearing. Plaintiff was to supply his address by October 7, 2025.

The Court has not received anything further from Plaintiff. It appears that Plaintiff has simply abandoned this case, given his lack of communication with the Court about his ability to participate in the *Pavey* hearing. If a Plaintiff abandons a case or fails to follow a Court order, the case may be subject to dismissal. Fed. R. Civ. P. 41(b); *James v.*

*McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

Given that Plaintiff has abandoned this case, the Court now finds it appropriate to dismiss this matter for failure to prosecute. This matter is dismissed with prejudice for Plaintiff's failure to prosecute. The Clerk is also **DIRECTED** to enter judgment and to **CLOSE** this case. Defendants' Motion for a *Pavey* hearing (Doc. 89) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Dated: October 21, 2025              /s *David W. Dugan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　DAVID W. DUGAN
　　　　　　　　　　　　　　　　　　　　United States District Judge